AMERICAN SILICON TECHNOLOGIES, ELKEM METALS COMPANY AND GLOBE METALLURGICAL INC. PLAINTIFFS, *v.* UNITED STATES, DEFENDANT, AND LIGAS DE ALUMINIO S.A. DEFENDANT-INTERVENOR.

ELETROSILEX S.A., PLAINTIFF, *v.* UNITED STATES DEFENDANT, AND AMERICAN SILICON TECHNOLOGIES, ELKEM METALS COMPANY AND GLOBE METALLURGICAL INC. DEFENDANT-INTERVENORS.

Consolidated Court No. 99–03–00149

## *ORDER*

MUSGRAVE, *Senior Judge*: Upon consideration of the motion of Eletrosilex S.A. to Alter or Amend Judgment and for Stay of Judgment and the Department of Commerce's opposition thereto, it is hereby

ORDERED that the Judgment entered on June 27, 2003 in conjunction with Slip Op. 03–69 is stayed; and it is further

ORDERED that all further proceedings in this action are stayed pending the final determination of the dumping margins in the fourth administrative review of the antidumping duty order on silicon metal from Brazil, *sub nom. American Silicon Technologies v. United States*, Consolidated Court No. 97–02–00267.